**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| YOLANDA MCKNIGHT, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:19-cv-21908-SDW-ESK |
| vs. | **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| ADVANCED CAPITAL SOLUTIONS, INC., GS HOLDINGS, LLC, and NICK GALBO, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the undersigned attorney for Plaintiff shall move before the Honorable Susan D. Wigenton, U.S.D.J. for an Order granting Default Judgment against Defendants.

PLEASE TAKE FURTHER NOTICE that in support of this motion the undersigned shall rely upon the accompanying Memorandum of Law and the Certification of Lawrence Hersh, Esq. along with all pleadings and proceedings on file in this matter.

2

DATED:  December 8, 2020                    Respectfully submitted,


                                            */s/ Lawrence Hersh*
                                            Lawrence Hersh, Esq.
                                            *Attorney for Plaintiff and all others similarly situated*