**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

――――――――――――――――――――X
:
YOLANDA MCKNIGHT, on behalf of herself and :
all others similarly situated,
:
:
Plaintiff,   :   Civil Action No. 2:19-cv-21908-SDW-
:   ESK
vs.   :
:   **ORDER**
ADVANCED CAPITAL SOLUTIONS, INC., GS  :
HOLDINGS, LLC, and NICK GALBO,
:
Defendants.   :
:
――――――――――――――――――――  X

This action having been commenced by Plaintiff by the filing of the Complaint on December 24, 2019 and a copy of a Summons having been served on Defendants ADVANCED CAPITAL SOLUTIONS, INC., GS HOLDINGS, LLC, and NICK GALBO on February 28, 2020 and a proofs of service having been filed, and Defendants not having answered the Complaint and the time for answering the Complaint having expired; and the Clerk of the Court having entered a Default on June 30, 2020, it is

**ORDERED, ADJUDGED AND DECREED:** That judgment be and is hereby entered against Defendants ADVANCED CAPITAL SOLUTIONS, INC., GS HOLDINGS, LLC, and

NICK GALBO, jointly and severally, in the amount of $1,000 for statutory damages under the FDCPA plus costs and reasonable attorneys' fees under the FDCPA in the amount of $7,530, plus damages of $25,000 under the TCPA, for a total judgment amount of $33,530 in favor of Plaintiff.

Dated: January 5, 2021

                                            *s/Susan D. Wigenton*
                                            Hon. Susan D. Wigenton
                                            United States District Judge